IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JUAN MARRUFFO | : | |
| | : | |
| Plaintiff(s) | : | |
| | : | Case Number: 1:04-cv-00224 |
| vs. | : | |
| | : | Senior District Judge S. Arthur Spiegel |
| WARDEN, CHILLICOTHE | : | |
| CORRECTIONAL INSTITUTION | : | |
| | : | |
| Defendant(s) | : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . the Magistrate Judge's Report and Recommendation (doc. 8) is hereby ADOPTED IN ITS ENTIRETY. Petitioner's Petition for Writ of Habeas Corpus (doc. 1) is DISMISSED WITH PREJUDICE.  Issuance of a certificate of appealability of this Order is DENIED. The Court hereby CERTIFIES that any appeal of this Order may not be taken in good faith; leave to proceed in forma pauperis on appeal is therefore DENIED.

7/25/06                                                              James Bonini, Clerk


                                                                     s/Kevin Moser
                                                                     Kevin Moser
                                                                     Deputy Clerk